# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| | ) |
| | ) Case No. 19-mj-00194-MEH |
| PATRICK M. DOYLE, | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of August 2019, in the county of Denver in the District of Colorado, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Distribution of a controlled substance |
| 18 U.S.C. § 1956(a)(1)(B) | Money laundering |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

☒ Continued on attached sheet.

*/s  Greg McGahey*
*Complainant's signature*

Greg McGahey, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 08/21/2019

*Michael E. Hegarty*
*Judge's signature*

City and state:  Denver, CO

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*