19-mj-00194-MEH

DEFENDANT:   Patrick M. Doyle

YOB:   1989

ADDRESS (CITY/STATE):   Denver, CO

OFFENSE(S):   Count One:   21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
Count Two:   18 U.S.C. § 1956(a)(1)(B)

LOCATION OF OFFENSE (COUNTY/STATE):   Denver, CO

PENALTY:   Count One: NMT 20 years' imprisonment; NMT $1,000,000 fine; NLT 3 years' SR; NMT life SR; $100 SA

Count Two: NMT 20 years' imprisonment; NMT 3 years' SR; NMT $250,000 fine or twice the gain/loss from the offense; $100 SA

AGENT:   USPIS Inspector Greg McGahey

AUTHORIZED BY:   Andrea Surratt
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__x__ five days or less    _____ over five days    _____ other

THE GOVERNMENT

__x__ will seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention **(is)** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:    __x__ Yes    _____ No