IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   19-mj-00194-MEH

UNITED STATES OF AMERICA,

   Plaintiff,

v.

PATRICK M. DOYLE,

   Defendant.

## ORDER TO RESTRICT

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) restriction of the case and documents to Level 3 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the case, including the Criminal Complaint, Affidavit in Support of Criminal Complaint, and Arrest Warrant in the above-captioned matter, as well as the Government's Motion to Restrict and this Order, are restricted at Level 3 until further order of the Court.

DATED this 21st day of August, 2019

BY THE COURT:

*Michael E. Hegarty*
MAGISTRATE JUDGE
DISTRICT OF COLORADO