**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN THE MATTER OF | Case No. 19-mj-194-MEH |
| United States v. Patrick M. Doyle | |

**ORDER TO UNRESTRICT CASE**

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) The above-captioned case is no longer restricted at Level 3.

DATED this __ day of August 2019

BY THE COURT:

UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO