AO 442 (Rev. 11/11) Arrest Warrant

```
                                FILED
                      U.S. DISTRICT COURT
                      DISTRICT OF COLORADO

                      2019 AUG 26 PM 1:58

                      JEFFREY P. COLWELL
                             CLERK

                      BY_____DEP. CLK
```

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>PATRICK M. DOYLE,<br><br>*Defendant* | )<br>)<br>)<br>)   Case No. 19-MJ-194<br>)<br>)                      MEH<br>) |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* PATRICK M. DOYLE, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   **X** Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)           Distribution of a controlled substance
18 U.S.C. § 1956(a)(1)(B)                              Money laundering

Date: 08/21/2019

*Michael E. Hegarty*
Issuing officer's signature

City and state:   Denver, CO          Michael E. Hegarty, U.S. Magistrate Judge
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/21/2019, and the person was arrested on *(date)* 08/22/2019
at *(city and state)* Denver, Colorado.

Date: 08/23/2019

*A. McW*
Arresting officer's signature

ARRAN McWhirk, Special Agent
*Printed name and title*