IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-mj-00194-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PATRICK M. DOYLE,

       Defendant.
_____

**NOTICE OF APPEARANCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

                                Respectfully submitted,

                                VIRGINIA GRADY
                                Federal Public Defender

                                s/ Edward R. Harris
                                Edward R. Harris
                                Assistant Federal Public Defender
                                633 17th Street, Suite 1000
                                Denver, CO  80202
                                Telephone:  (303) 294-7002
                                FAX:  (303) 294-1192
                                Edward_Harris@fd.org
                                Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2019, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Andrea Surratt, Assistant United States Attorney
    Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Patrick M. Doyle            *via U.S. mail*

>s/ Edward R. Harris
>Edward R. Harris
>Assistant Federal Public Defender
>633 17th Street, Suite 1000
>Denver, CO  80202
>Telephone:  (303) 294-7002
>FAX:  (303) 294-1192
>Edward_Harris@fd.org
>Attorney for Defendant