# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

IN THE MATTER OF

United States v. Patrick M. Doyle

Case No. 19-mj-194-MEH

## MOTION TO UNRESTRICT CASE

The United States of America, by and through Andrea Surratt, Assistant United States Attorney, moves the Court to unrestrict the above-captioned case:

1. The criminal complaint in this matter was filed on August 21, 2019. [Dkt #1]. At the time the complaint was filed, the Court signed an order restricting the matter at Level 3 until further order of the Court. [Dkt #4].

2. DOYLE was arrested on August 22, 2019 and will make his initial appearance on the complaint on August 23, 2019. As DOYLE now knows of the investigation against him, it is no longer necessary to keep this case under restriction.

WHEREFORE, the Government respectfully moves that the above-captioned case be unrestricted.

Respectfully submitted this 23rd day of August, 2019.

          JASON R. DUNN
          United States Attorney

By: *s/ Andrea Surratt*
     ANDREA SURRATT
     Assistant U.S. Attorney
     1801 California Street, Suite 1600
     Denver, CO 80202
     Telephone: 303-454-0100
     Fax: 303-454-0400
     E-mail: andrea.surratt@usdoj.gov
     Attorney for Government