# EXHIBIT 1
August 2, 2019 parcel seizure





